DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER SCOTT BANNER** a/k/a **JENNIFER SUDDERTH,**
Appellant,

v.

**KIM ELIZABETH BANNER** Personal Representative of **ESTATE OF JEREMY BEREN BANNER,** Decendent,
Appellee.

No. 4D19-3460

[July 30, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502019CP001558XXXSB.

Jennifer Scott Banner n/k/a Jennifer Sudderth, Dewy Rose, GA, pro se.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***